MICHELE BECKWITH
Acting United States Attorney
NICOLE MOODY
Special Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>THELMA IGNACIO MENDOZA,<br><br>Defendant. | CASE NO. 2:24-cr-00322-JAM<br><br>**STIPULATION AND ORDER SETTING JUDGMENT AND SETENCING AND SCHEDULE**<br><br>DATE: May 13, 2025<br>TIME: 9:00 a.m.<br>COURT: Hon. John A. Mendez |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for a status of judgement and sentencing hearing on May 13, 2025.

2. By this stipulation, the parties move to **set the matter for a judgment and sentencing hearing on September 23, 2025, at 9:00 a.m.** with the following sentencing schedule:

   a) **Draft PSR:** August 12, 2025

   b) **Informal Objections:** August 26, 2025

   c) **Final PSR:** September 2, 2025

   d) **Formal Objections:** September 9, 2025

///

e)  **Response to Formal Objections/Sentencing Memorandum:** September 16, 2025

f)  **Judgment and Sentencing:** September 23, 2025

IT IS SO STIPULATED.

Dated: May 6, 2025                                        MICHELE BECKWITH
                                                                        Acting United States Attorney

                                                                        /s/ NICOLE MOODY
                                                                        NICOLE MOODY
                                                                        Special Assistant United States Attorney

Dated: May 6, 2025                                        /s/ NOA OREN
                                                                        NOA OREN
                                                                        Counsel for Defendant
                                                                        Thelma Ignacio Mendoza

## ORDER

IT IS SO ORDERED.

Dated: May 07, 2025                                     /s/ John A. Mendez
                                                                        THE HONORABLE JOHN A. MENDEZ
                                                                        SENIOR UNITED STATES DISTRICT JUDGE