| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, #122664 |
|  | Federal Defender |
| 2 | NOA E. OREN, #297100 |
|  | Assistant Federal Defender |
| 3 | Designated Counsel for Service |
|  | 801 I Street, 3rd Floor |
| 4 | Sacramento, CA 95814 |
|  | Telephone: (916) 498-5700 |
| 5 | Fax: (916) 498-5710 |

Attorneys for Defendant
THELMA MENDOZA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.   2:24-cr-00322-JAM |
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE SELF SURRENDER DATE FROM NOVEMBER 04, 2025, TO BEFORE 12:00 PM, ON, DECEMBER 02, 2025, BEFORE NOON** |
| vs. | |
| THELMA IGNACIO MENDOZA, | |
| Defendant. | JUDGE: Hon. John A. Mendez |

IT IS HEREBY STIPULATED by and between Eric Grant, United States Attorney, through Nicole Moody, Attorneys for Plaintiff, and Heather Williams, Federal Defender, through Assistant Federal Defender Noa Oren, Attorney for Defendant THELMA MENDOZA, that the self-surrender date currently set for November 4, 2025, be continued to **December 2, 2025, by 12:00 p.m.**

Currently Ms. Mendoza has not had a designation selected for her self-surrender so the continuance will allow Ms. Mendoza time to be designated to a BOP and allowed to arrange travel needed for her self-surrender.

////

////

////

////

////

|   |   |
|---|---|
|   | Respectfully submitted, |
|   | HEATHER E. WILLIAMS<br>Federal Defender |
| Date: October 24, 2025 | /s/ Noa E. Oren<br>NOA E. OREN<br>Assistant Federal Defender<br>Attorney for Defendant<br>THELMA MENDOZA |
| Date: October 24, 2025 | ERIC GRANT<br>United States Attorney |
|   | /s/ Nicole Moody<br>NICOLE MOODY<br>Assistant U.S. Attorneys<br>Attorneys for Plaintiff |

MENDOZA: Stipulation and Order to Continue Self Surrender Date

# ORDER

Based on the stipulation of the parties, Defendant THELMA IGNACIO MENDOZA self-surrender date to the institution designated by the Bureau of Prisons, or if no such institution has been designated, to the United States Marshal in Sacramento, California, currently set for November 04, 2025, is **CONTINUED** to **December 02, 2025**, **before 12:00 PM.**

The defendant is further advised it is a criminal offense punishable by a consecutive term of imprisonment to fail to surrender for service of sentence pursuant to the order of this Court. All conditions of pretrial release shall remain in effect until the defendant surrenders in accordance with this order.

**IT IS SO ORDERED.**

Dated: October 27, 2025

_____
JOHN A. MENDEZ,
SENIOR UNITED STATES DISTRICT JUDGE